GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

**DOUGLAS D. GUY, ESQ. [SBN 117844]**
**K. ROBERT GONTER, JR. (SBN: 105465)**
**MARK E. CAPELL (SBN: 340257)**
**ALISHA SIDDIQUI (SBN: 357393)**
Eservice-KRG@g3pmlaw.com

Attorneys for Petitioner ASHLEY JEAN BRIDGEWATER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JEAN BRIDGEWATER, an individual;<br><br>Petitioner,<br>vs.<br><br>ALFREDO RODRIGUEZ, an Individual and DOES 1 through 20, inclusive,<br><br>Respondent. | Case No.:<br><br>**PETITION FOR CASE NUMBER FOR MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO CUSTODIAN OF RECORDS FOR U.S. BORDER PATROL, U.S. DEPARTMENT OF LABOR, AND/OR DEPARTMENT OF DEFENSE** |

Petitioner ASHLEY JEAN BRIDGEWATER (hereinafter "Petitioner") hereby petitions this Court for a case number for Petitioner to file a motion for an Order compelling compliance of U.S. Border Patrol, U.S. Department of Labor, and/or Department of Defense to comply with deposition subpoena. Once a case number is assigned, Petitioner will file a motion herewith.

///

There is a pending matter filed in Superior Court of the State of California, County of San Diego Case No. 37-2023-00005686-CU-PA-CTL, regarding a motor vehicle accident that occurred on 11/1/21 between Petitioner and Respondent ALFREDO RODRIGUEZ ("Rodriguez"). Petitioner issued subpoenas to the U.S. Border Patrol to obtain records relevant to Rodriguez's claims to damages, however, the Department of Defense (Defense Health Agency) and U.S. Department of Labor refused to comply with the requests, citing to various federal statutes, and indicated that they would only comply if an authorization is obtained or an Order of a **federal court judge** requiring the federal entities to provide copies of the records is issued. Thus, Petitioner requests a case number to proceed with the relevant discovery motion.

The subject accident occurred on 11/1/21 on the I-8 West in an unincorporated area of San Diego County.

Dated: June 5, 2025 GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP

By: ______________________

DOUGLAS D. GUY
K. ROBERT GONTER, JR.
MARK E. CAPELL
ALISHA SIDDIQUI
Attorneys for Defendant
ASHLEY JEAN BRIDGEWATER

CERTIFICATE OF SERVICE

I declare as follows:

I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 15373 Innovation Drive, Suite 170, San Diego, California 92128.

On June 5, 2025, I served the foregoing document described as **PETITION FOR CASE NUMBER FOR MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO CUSTODIAN OF RECORDS FOR U.S. BORDER PATROL, U.S. DEPARTMENT OF LABOR, AND/OR DEPARTMENT OF DEFENSE** on interested parties in this action by placing ( ) the original (XX) true copy(ies) thereof as follows:

( ) **BY MAIL**. by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

( ) **BY EMAIL**. by causing the documents to be sent to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(**XX**) **(BY THE COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. This declaration was executed on June 5, 2025, at San Diego, California.

Christa A. Lane

**BRIDGEWATER v . RODRIGUEZ**
United States District Court, Southern District of California
Case No.

SERVICE LIST

| | |
|---|---|
| Brittany M. Engelman, Esq.<br>ENGLEMAN LAW, APC<br>9595 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90212<br>*bme@engelmanlawfirm.com*<br>*edith@engelmanlawfirm.com*<br>*rosella@engelmanlawfirm.com* | Attorneys for Respondent ALFREDO RODRIGUEZ |
| Brett E. Blumstein, Esq.<br>THE LAW OFFICE OF BRETT E. BLUMSTEIN<br>100 West Broadway, Suite 150<br>Glendale, CA 91210<br>*Brett@blumsteinpc.com* | Co-Counsel for Respondent ALFREDO RODRIGUEZ |

**COUNSEL/PARTY SERVING THIS DOCUMENT:**

| | |
|---|---|
| Douglas D. Guy, Esq.<br>K. ROBERT GONTER, JR.<br>MARK E. CAPELL<br>ALISHA SIDDIQUI<br>Gates, Gonter, Guy, Proudfoot & Muench, LLP<br>38 Discovery, Suite 200<br>Irvine, California 92618<br>Phone: (949) 753-0255, Facsimile: (949) 753-0265<br>*dguy@g3mlaw.com*<br>*Eservice-KRG@g3pmlaw.com* | Attorneys for Petitioner ASHLEY JEAN BRIDGEWATER |