UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ASHLEY JEAN BRIDGEWATER,
Plaintiff,

v.

ALFREDO RODRIGUEZ, et al.,

Defendants.

Case No.: 3:25-cv-1444-CAB-MSB

**ORDER TO SHOW CAUSE**

[Doc. Nos. 1, 2]

"[S]ubject-matter jurisdiction, because it involves a court's power to hear a case, can never be forfeited or waived." *United States v. Cotton*, 535 U.S. 625, 630 (2002). This threshold requirement "'spring[s] from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998) (quoting *Mansfield, C. & L.M. Ry. Co. v. Swan*, 111 U.S. 379, 382 (1884)).

Plaintiff seeks a federal subpoena against the Department of Defense and Department of Labor for use in an ongoing state court proceeding. [Doc. No. 1 at 2.] The Court does not believe it has subject matter jurisdiction to address this matter, primarily

because there is no ongoing case or controversy in federal court. The Court is not aware of any filing by Plaintiff properly initiating a federal case.

Plaintiff is ordered to provide **federal** authority explaining how this Court has jurisdiction over her request and to provide similar legal authority that supports Plaintiff's request for a subpoena. Plaintiff should file this brief by **July 10, 2025**.

It is **SO ORDERED**.

Dated: June 26, 2025

Hon. Cathy Ann Bencivengo
United States District Judge